UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| M&T CAPITAL AND LEASING CORPORATION f/k/a PEOPLE'S CAPITAL AND LEASING CORP., <br><br> Plaintiff, <br><br> v. <br><br> ATHENS INC., ANTHONY DOBBS, and GRAND CANYON DESTINATIONS LLC, <br><br> Defendants. | CASE NO. |

## COMPLAINT

Plaintiff, M&T Capital and Leasing Corporation, formerly known as People's Capital and Leasing Corp., by and through its undersigned counsel, for its Complaint against defendants Athens Inc., Anthony Dobbs, and Grand Canyon Destinations LLC (collectively, the "Defendants"), states and alleges as follows:

## PARTIES AND JURISDICTION

1. Plaintiff M&T Capital and Leasing Corporation[1] ("M&T") is a corporation organized and existing pursuant to the laws of the State of Connecticut with its principal place of business located at 850 Main Street, Bridgeport, Connecticut 06604.

2. Defendant Athens Inc. ("Athens") is a Montana corporation with its principal place of business located at 505 Windmill Lane, Suite 1C, Las Vegas, Nevada 89123. Upon information and belief, Athens was involuntarily dissolved in or around December 2021.

---

[1] M&T is successor by merger of the Lease Documents, as that term is defined herein. *See* ¶¶ 17–19.

3. Defendant Grand Canyon Destinations LLC ("Grand Canyon") is a limited liability company organized and existing pursuant to the laws of the State of Delaware with its principal place of business located at 401 Ryland Street, Suite 200-A, Reno, Nevada 89502.

4. Defendant Anthony Dobbs ("Mr. Dobbs") is an individual who, upon information and belief, is a citizen of Nevada with a usual place of abode located at 8020 S. Rainbow Boulevard, #100-458, Las Vegas, Nevada 89139.

5. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1), in that the matter in controversy exceeds $75,000.00, exclusive of interest and costs, and is between citizens of different states.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because, pursuant to the Lease Documents, as that term is defined below, the Defendants agreed to submit to the jurisdiction of the state and federal courts in Connecticut.

## GENERAL ALLEGATIONS

7. On or about November 7, 2019, People's Capital and Leasing Corp. ("People's Capital") and Athens entered into Master Equipment Lease Agreement No. 6078 ("Master Lease Agreement"), pursuant to which People's Capital leased certain equipment to Athens. A true and correct copy of the Master Lease Agreement is attached hereto as **Exhibit A**.

8. On or about November 7, 2019, People's Capital and Athens entered into Lease Schedule No. 001 to the Master Lease Agreement, as amended and restated from time to time ("Schedule No. 1"). A true and correct copy of Schedule No. 1 is attached hereto as **Exhibit B**.

9. Pursuant to Schedule No. 1, People's Capital leased to Athens the property described on the attached Schedule A to Schedule No. 1, specifically: one (1) 2015 Van Hool TX45 Motor Coach, serial no. YE2YC11B8F2041270 and one (1)

2015 Van Hool TX45L Motor Coach, serial no. YE2YC21B5F2041281, complete with any and all attachments, accessions, additions, replacements, improvements, modifications and substitutions thereto and therefor and all proceeds including insurance proceeds thereto and therefrom ("Equipment"). *See* Exhibit B.

10. On or about November 7, 2019, People's Capital and Athens entered into a TRAC Lease Rider to Schedule No. 1 to the Master Lease Agreement ("TRAC Rider"). A true and correct copy of the TRAC Rider is attached hereto as **Exhibit C**.

11. On or about November 7, 2019, Athens acknowledged that the Equipment had been delivered to and was approved by Athens. A true and correct copy of the original Delivery Certificate is attached hereto as **Exhibit D**.

12. On or about November 7, 2019, guarantor Grand Canyon entered into a Limited Liability Company Guaranty ("Grand Canyon Guaranty") in favor of People's Capital. A true and correct copy of the Grand Canyon Guaranty is attached hereto as **Exhibit E**.

13. On or about November 7, 2019, guarantor Mr. Dobbs entered into an Individual Guaranty ("Dobbs Guaranty" and, with the Grand Canyon Guaranty, the "Guaranties") in favor of People's Capital. A true and correct copy of the Dobbs Guaranty is attached hereto as **Exhibit F**.

14. The Guaranties were made to induce People's Capital to enter into the Master Lease Agreement with Athens.

15. To evidence its interest in the Equipment, People's Capital is listed as sole lienholder on the Certificates of Title of a Vehicle for the Equipment. A true and correct copy of the original titles to the Equipment is attached hereto as **Exhibit G**.

16. Pursuant to the terms of the Master Lease Agreement and Schedule No. 1, Athens agreed to pay People's Capital one (1) payment of $33,250.00 followed

by fifty-nine (59) consecutive monthly payments of $11,090.00. The total principal amount of Schedule No. 1 was $665,000.00.

17. As of April 2, 2022, People's United Bank, N.A., a national banking association located in Bridgeport, Connecticut, merged with and into M&T Bank, a New York state-chartered bank with a principal place of business located at One M&T Plaza, Buffalo, New York, with M&T Bank as the surviving bank. People's Capital and Leasing Corp. became a subsidiary of M&T Bank as of April 2, 2022.

18. People's Capital amended its name with the Connecticut Secretary of State on August 29, 2022 to M&T Capital and Leasing Corp. A true and correct copy of the Certificate of Amendment filed with the Connecticut Secretary of State is attached hereto as **Exhibit H**.

19. Accordingly, M&T is successor by merger of the Master Lease Agreement, Schedule No. 1, TRAC Rider, and Guaranties (collectively, the "Lease Documents").

20. On September 20, 2022, M&T sent to the Defendants a Notice of Default, Acceleration, and Demand for Payment, which default was the result of Athen's failure to make all payments due under the terms of the Lease Documents. A true and correct copy of the original Notice of Default, Acceleration, and Demand for Payment is attached hereto as **Exhibit I**.

21. Pursuant to the Lease Documents, the Defendants remain obligated and responsible to M&T for the outstanding balance remaining in the amount of $336,924.67 as of September 15, 2022, plus default interest at the rate of 18%, costs, expenses, and attorneys' fees.

22. M&T has performed all of its obligations in accordance with the Lease Documents.

23. M&T is the legal and rightful owner of the Lease Documents and has not assigned or transferred its right in same.

### Count One – Breach of Contract (Athens Inc.)

24. M&T repeats and realleges paragraphs 1 through 23 as if fully set forth herein.

25. M&T is the owner of the Master Lease Agreement, pursuant to which Athens promised to make certain monthly payments for its possession and use of the Equipment.

26. Athens has breached the Master Lease Agreement due to its failure to pay all monthly payments due.

27. On September 20, 2022, M&T sent to the Defendants a Notice of Default, Acceleration, and Demand for Payment, which default was the result of Athen's failure to make all payments due under the Lease Documents, constituting a default pursuant to Section 10(a) of the Master Lease Agreement.

28. Pursuant to the Lease Documents, the Defendants remain obligated and responsible to M&T for the outstanding balance remaining in the amount of $336,924.67 as of September 15, 2022, plus default interest at the rate of 18%, costs, expenses, and attorneys' fees.

29. M&T has retained the law firm of Updike, Kelly & Spellacy, P.C. and has agreed to pay said firm a reasonable fee for their services. Pursuant to the Lease Documents, M&T is entitled to recover from Defendants its attorneys' fees and costs incurred in enforcing the Lease Documents.

### Count Two – Breach of Guaranty (Grand Canyon Destinations LLC)

30. M&T repeats and realleges paragraphs 1 through 29 as if fully set forth herein.

31. On or about November 7, 2019, guarantor Grand Canyon entered into the Grand Canyon Guaranty in favor of M&T, as successor by merger, to induce M&T to enter into the Master Lease Agreement with Athens.

32. Grand Canyon has breached the Grand Canyon Guaranty due to its failure to pay all amounts due under the Lease Documents after Athens failed to pay the same.

33. On September 20, 2022, M&T sent to Grand Canyon a Notice of Default, Acceleration, and Demand for Payment, which default was the result of Defendants' failure to make all payments due, constituting a default pursuant to Section 10(a) of the Master Lease Agreement.

34. Pursuant to the Grand Canyon Guaranty, Grand Canyon remains obligated and responsible to M&T for the outstanding balance remaining in the amount of $336,924.67 as of September 15, 2022, plus default interest at the rate of 18%, costs, expenses, and attorneys' fees.

35. M&T has retained the law firm of Updike, Kelly & Spellacy, P.C. and has agreed to pay said firm a reasonable fee for their services. Pursuant to the Lease Documents, M&T is entitled to recover from Defendants its attorneys' fees and costs incurred in enforcing the Lease Documents.

### Count Three – Breach of Guaranty (Anthony Dobbs)

36. M&T repeats and realleges paragraphs 1 through 29 as if fully set forth herein.

37. On or about November 7, 2019, guarantor Mr. Dobbs entered into the Dobbs Guaranty in favor of M&T, as successor by merger, to induce M&T to enter into the Master Lease Agreement with Athens.

38. Mr. Dobbs has breached the Dobbs Guaranty due to his failure to pay all amounts due under the Lease Documents after Athens failed to pay the same.

39. On September 20, 2022, M&T sent to Mr. Dobbs a Notice of Default, Acceleration, and Demand for Payment, which default was the results of Defendants' failure to make all payments due, constituting a default pursuant to Section 10(a) of the Master Lease Agreement.

40. Pursuant to the Dobbs Guaranty, Mr. Dobbs remains obligated and responsible to M&T for the outstanding balance remaining in the amount of $336,924.67 as of September 15, 2022, plus default interest at the rate of 18%, costs, expenses, and attorneys' fees.

41. M&T has retained the law firm of Updike, Kelly & Spellacy, P.C. and has agreed to pay said firm a reasonable fee for their services. Pursuant to the Lease Documents, M&T is entitled to recover from Defendants its attorneys' fees and costs incurred in enforcing the Lease Documents.

[Request for relief to follow]

## **REQUEST FOR RELIEF**

WHEREFORE, plaintiff M&T Capital and Leasing Corporation claims the following relief from the Court:

1. Money damages;

2. Attorneys' Fees, Costs, and Expenses; and,

3. Such other relief as the Court deems just in law and equity.

Dated this 26th day of October, 2022.

        Respectfully submitted,
        M&T CAPITAL AND
        LEASING CORPORATION

By:   */s/ Evan S. Goldstein*
       Evan S. Goldstein
       Updike, Kelly & Spellacy, P.C.
       225 Asylum Street, 20th Floor
       Hartford, Connecticut 06103
       Telephone: 860.548.2600
       Facsimile: 860.548.2680
       Email: egoldstein@uks.com